**LINK:**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-1056 GAF (OPx) | Date | August 10, 2010 |
|---|---|---|---|
| Title | Federal National Mortgage Association v. Elizabeth Sanchez Moreno et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: | |
| None | | None | |

**Proceedings:**     (In Chambers)

**ORDER TO SHOW CAUSE**

On May 17, 2010, Plaintiff Federal National Mortgage Association ("Fannie Mae") filed this unlawful detainer action against Defendants Elizabeth Sanchez Moreno and Humberto A. Moreno (collectively, "Defendants") in San Bernardino County Superior Court. (Not., Ex. A [Complaint].) More than two months later, on July 27, 2010, Defendants removed the lawsuit to this Court. (Docket No. 4.)

After review of the removal notice, the Court cannot conclude whether Defendants' removal complies with the 30-day time limit of 28 U.S.C. § 1446(b). Defendants have neither alleged nor provided any evidence regarding the date they were served with the complaint. Without additional information regarding the date of service of process, this Court cannot determine whether Defendants timely filed for removal as required by 28 U.S.C. § 1446(b).

Accordingly, Defendants are **ORDERED TO SHOW CAUSE** no later than **Wednesday, August 18, 2010,** why this case should not be remanded to state court for procedural defects in the removal. To adequately satisfy this order, Defendants must provide the Court with the date they were served with the underlying complaint. The Court reminds Fannie Mae that any remand motion must be filed within 30 days of the removal date. 28 U.S.C. § 1447(c).

**IT IS SO ORDERED.**