LINKS: 8, 13

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-01056 GAF (OPx) | Date | March 22, 2011 |
|---|---|---|---|
| Title | Federal National Mortgage Association v. Elizabeth Sanchez Moreno et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: | |
| None | | None | |

**Proceedings:**       **(In Chambers)**

### ORDER RE: REACTIVATION OF CASE AND REMAND OF ACTION

 On May 17, 2010, Plaintiff Federal National Mortgage Association ("Fannie Mae") filed this unlawful detainer action against Defendants Elizabeth Sanchez Moreno and Humberto A. Moreno (collectively, "Defendants") in the San Bernardino County Superior Court. (Docket No. 4, Not., Ex. A [Compl.].) More than two months later, on July 27, 2010, Defendants removed the lawsuit to this Court. (Id., Not.) On August 11, 2010, the Court ordered Defendants to show cause why this case should not be remanded to state court for procedural defects in the removal. (Docket No. 8, 8/11/10 Order.) To date, Defendants have failed to file a response to the Court's order.

 On September 15, 2010, Fannie Mae notified this Court that Defendants filed for bankruptcy on August 23, 2010, and an automatic stay was imposed in this action. (Docket No. 9.) On December 9, 2010, this case was removed from the Court's active caseload until further application by the parties or an order by this Court. (Docket No. 12.) Pending now before the Court is Plaintiff's ex parte application for reactivation of the case due to the termination of the bankruptcy proceedings and to remand the action back to the San Bernardino County Superior Court. (Docket No. 13, Ex Parte Application.)

 First, with regard to Plaintiff's application to reactivate the case, because the bankruptcy proceedings are now closed, Case No. 10-bk-36919-CB, this case is hereby reopened. See Garcia v. Citibank, N.A., 2010 WL 1658569, at *2 (E.D. Cal. Apr. 23, 2010) ("The automatic stay continues until the case is closed, dismissed, or a discharge is granted or denied.") (citing 11 U.S.C. § 362(c)(2)). Next, Plaintiff also requests that the action be remanded because the case

**LINKS: 8, 13**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-01056 GAF (OPx) | Date | March 22, 2011 |
|---|---|---|---|
| Title | Federal National Mortgage Association v. Elizabeth Sanchez Moreno et al | | |

was purportedly not removed within the 30-day time limit of 28 U.S.C. § 1446(b).  (Ex Parte Application, Weber Decl. ¶¶ 3-5.)  This Court previously raised a similar concern with regard to the timing of the removal of this case and ordered Defendants to "provide the Court with the date [that] they were served with the underlying complaint."  (Docket No. 8, 8/11/10 Order.)

Having not received a response to the order, this Court **ORDERS** that this case be remanded to the San Bernardino County Superior Court for all further proceedings.

**IT IS SO ORDERED.**